**Brynildson BARKSDALE, Plaintiff—Appellant,**

v.

**Carroll Ann OWENS; Maggie Frady, Defendants—Appellees.**

No. 05–2273.

United States Court of Appeals, Fourth Circuit.

Submitted: March 23, 2006.

Decided: March 27, 2006.

Brynildson Barksdale, Appellant Pro Se. Sherman Brook Fowler, Carter, Smith, Merriam, Rogers & Traxler, P.A., Greenville, South Carolina, for Appellees.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Brynildson Barksdale appeals the district court's order dismissing his civil complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Barksdale v. Owens,* No. CA–04–21971–6, 2005 WL 2654252 (D.S.C. Oct. 17, 2005). We dispense with oral argument because the facts and legal con-

tentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*